UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANNETTE M. FERGUSON,

    Plaintiff,

v.                                            Case No. 07-C-44

JO ANNE B. BARNHART,

    Defendant.

## ORDER

Presently pending before the court is the plaintiff's motion to proceed *in forma pauperis*. The court held the petition in abeyance and ordered the plaintiff to submit further information concerning the equity she holds in a residential dwelling. Plaintiff has provided the information and the court is satisfied that she is unable to pay the filing fee at the present time.

**THEREFORE, IT IS ORDERED** that plaintiff's request to proceed *in forma pauperis* is **GRANTED**. The clerk is ordered to serve a copy of the complaint and this order on the Commission of Social Security.

Dated this   16th   day of March, 2007.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge